DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JONATHAN GODWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0689

————————————————

January 28, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, Christine Marlewski, Judge.

Jonathan Godwin, pro se.


PER CURIAM.

Affirmed.


LUCAS, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.